UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Quawnrico Pele O'Neal,
    Plaintiff,

v.

Sean Ryske et al.,
    Defendants.
_____/

Case No.: 1:14-cv-409

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 25). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the motion for summary judgment filed by Defendants Ryske and Sheldon (ECF No. 20) is **GRANTED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that plaintiff's claims against Defendants Ryske and Sheldon are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all of plaintiff's claims against Defendant Balzack are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m), for lack of service.

Dated: June 17, 2015

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge