UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUAWNRICO PELE O'NEAL,

    Plaintiff,

Case No. 1:14-cv-409

v.

HONORABLE PAUL L. MALONEY

SEAN RYSKE, et al.,

    Defendants,
_____/

## JUDGMENT

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of Defendants. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date:  June 17, 2015                        /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District